# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

NEAL LEWIS GRAY,

        Plaintiff,

v.

WARDEN MICHEAL FLETCHER,
A.W. WILSON, A.W. BEESON,
CAPTAIN ZUBER, MARISA
BOSTWICK, ANNA KROGSTAD,
DAVID HARRIS, C/O HARDING,
AMIE DANIALS, and KARLA IVIE,

        Defendants.

CV-17-83-H-BMM-JTJ

**ORDER ADOPTING MAGISTRATE
JUDGE'S FINDINGS AND
RECOMMENDATIONS**

      United States Magistrate Judge Johnston entered Findings and
Recommendations on January 31, 2018. (Doc. 7). Plaintiff Neal Gray filed a
Complaint alleging Defendants retaliated against him in violation of the First
Amendment to the United States Constitution. (Doc. 2). Mr. Gray's filings have
been screened in accordance with 28 U.S.C. §§ 1915, 1915A. Judge Johnston
determined that Mr. Gray's First Amendment retaliation claims are sufficient to
state a claim against Defendants Harris and Harding. *Id.* at 8. Judge Johnston
further determined that Mr. Gray's claims against Defendants Bostwick, Krogstad,
Ivie, Zuber, Wilson, Beeson, Reich, Daniels, and Fletcher should be dismissed for
failure to state a claim. *Id.*

      No party filed objections to Judge Johnston's Findings and

Recommendations. The Court has reviewed the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge Johnston's Findings and Recommendations and adopts them in full.

## ORDER

Accordingly, **IT IS ORDERED** that Magistrate Judge Johnston's Findings and Recommendations (Doc. 7) are **ADOPTED IN FULL**.

**IT IS ORDERED** that Defendants Bostwick, Krogstad, Ivie, Zuber, Wilson, Beeson, Reich, Daniels, and Fletcher are **DISMISSED**.

DATED this 20th day of November, 2018.

Brian Morris
United States District Court Judge